**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        In re David A. Chaumette

Appellate case number:      01-13-00957-CV

Trial court case number:    64769

Trial court:                23rd District Court of Brazoria County, Texas

On November 6, 2013, relator, David A. Chaumette, filed a petition for a writ of habeas corpus. The Court abates this original proceeding until further order of this Court. Relator's petition for writ of habeas corpus will be considered in conjunction with the appeal in appellate cause number 01-11-00917-CV. This original proceeding is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Laura Higley
                    ☒ Acting individually    ☐ Acting for the Court

Date:  May 29, 2014